**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Edens, John Letcher | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>aka John L. Edens | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 4278 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4015 Whispering Pines Ct.<br>Suwanee, GA 30024 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    Forsyth | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: | Steven R Jacob, 388613<br>Steven R Jacob, P.A.<br>555 North Point Center East<br>4th Floor<br>Alpharetta, GA 30022   ph: 678.624.0811 |
|---|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)          ☐ Railroad
☐ Corporation          ☐ Stockbroker
☐ Partnership          ☐ Commodity Broker
☐ Other          ☐ Clearing Bank

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business          ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7          ☐ Chapter 11          ☐ Chapter 13
☐ Chapter 9          ☐ Chapter 12

**Filing Fee** (Check one box)

☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc.- ver. 3.7.0-607 - 30338

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>John Letcher Edens |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ John Letcher Edens
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
    6/19/04
_____
Date

### Signature of Attorney

X    /s/ Steven R Jacob
_____
Signature of Attorney for Debtor(s)
    STEVEN R JACOB 388613
_____
Printed Name of Attorney for Debtor(s)
    Steven R Jacob, P.A.
_____
Firm Name
    555 North Point Center East
_____
Address
    4th FloorAlpharetta, GA 30022
_____
    678.624.0811
_____
Telephone Number
    6/19/04
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    /s/ Steven R Jacob                          6/19/04
_____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

In Re ____John Letcher Edens_____    Case No. _____

(Name)                                                            (if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE (if more than one)

2004(H)                    0

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30538

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2003(H) | 0 | |
| 2002(H) | 0 | |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2004(W) | |
| 2003(W) | |
| 2002(W) | |

**2.    Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.    Payments to Creditors**

None

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ford Motor Credit v Edens Civil Action File #035C-1184 | repo deficiency | State Court of Forsyth County | pending |
| Thomas OConnor v Edens, 95-VS-103946-C | contract | State Court Fulton | Judgment |
| Cory Snyder v Edens, Case No 03 C 07640-S1 | collection | State Court Gwinnett | Judgment |

None

☒

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None

☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ford Motor Credit c/o correspondence POB 689007 Franklin, TN 37068-9007 | 7/03 | 2002 Navigator |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607  -  30538

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30538

**6.    Assignments and Receiverships**

None    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒    preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND | DATE OF | TERMS OF |
| ADDRESS | ASSIGNMENT | ASSIGNMENT |
| OF ASSIGNEE | | OR SETTLEMENT |

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒    year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND | NAME AND LOCATION | DATE OF | DESCRIPTION AND |
| ADDRESS | OF COURT CASE TITLE | ORDER | VALUE OF PROPERTY |
| OF CUSTODIAN | & NUMBER | | |

**7.    Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒    case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under
chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND | RELATIONSHIP | DATE OF | DESCRIPTION AND |
| ADDRESS OF | TO DEBTOR, | GIFT | VALUE OF GIFT |
| PERSON OR ORGANIZATION | IF ANY | | |

**8.    Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or
chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS | DATE OF |
| AND VALUE | WAS COVERED IN WHOLE OR IN PART BY | LOSS |
| OF PROPERTY | INSURANCE, GIVE PARTICULARS | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607  -  30338

**9.    Payments related to debt counseling or bankruptcy**

None

☐     List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Steven R Jacob<br>555 North Point Center East<br>4th Floor<br>Alpharetta, GA 30022 | 3/04 | $1000 |

**10.   Other transfers**

None

☒     List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None

☒     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 113 Plantation Trace, Duluth | same | 17 months until 3/03, then at present address |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30538

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None 

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None

☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|-------------------------|---------|--------------------|----------------------------|

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    6/19/04        Signature of Debtor        /s/ John Letcher Edens

JOHN LETCHER EDENS

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., - ver. 3.7.0-607  - 30338

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____

Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.7.0-607  -  30338

___0___  continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

FORM B6A
(10/89)

In re  John Letcher Edens

_____    Case No._____
            Debtor                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30338

Total  ▶  |  0

**(Report also on Summary of Schedules)**

FORM B6B
(10/89)    John Letcher Edens

In re _____    Case No. _____
                    Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | cash | | 100 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking account-BB&T | | 50 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | bed, sofa, chair, dresser | | 500 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | clothing | | 500 |
| 7.   Furs and jewelry. | | watch | | 100 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

FORM B6B
(10/89)

John Letcher Edens

In re _____        Case No. _____
                    Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of  Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |

FORM B6B
(10/89)

John Letcher Edens

In re _____    Case No. _____
               Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24.  Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. | X | | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30538

        0
_____continuation sheets attached            Total ▶  $               1,250

**(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)**

FORM B6C
(6/90)      John Letcher Edens

In re _____          Case No. _____
                        Debtor                                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐   11 U.S.C. §522(b)(1)    Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑   11 U.S.C. §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
                            been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
                            period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the
                            interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| cash | OCGA §44-13-100(6) | 100 | 100 |
| checking account-BB&T | OCGA §44-13-100(6) | 50 | 50 |
| bed, sofa, chair, dresser | OCGA §44-13-100(4) | 500 | 500 |
| clothing | OCGA §44-13-100(4) | 500 | 500 |
| watch | OCGA §44-13-100(5) | 100 | 100 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Form B6D
(12/03)

In re _____John Letcher Edens_____,      Case No. _____
                    **Debtor**                                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>United States Attorney General<br>Main Justice Building<br>10th & Constitutional Ave<br>Washington DC 20530<br><br>VALUE $                    0 | | | | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

 0 _____continuation sheets attached

                                        Subtotal ▶ | $                0
                     (Total of this page)

                                         Total ▶ | $                0
          (Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Form B6E
(04/04)

In re___John Letcher Edens_____,    Case No._____
                                    Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Form B6F (12/03)

In re _____,    Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  467353 <br><br> Accounts Recievable Technologies <br> One Woodbridge Center, Suite 410 <br> Woodbridge, NJ 07095-1304 | | | | | | | 6,962 |
| ACCOUNT NO.  10663946 <br><br> Armor Systems Corporation <br> 2322 N Green Bay Rd <br> Waukegan, IL 60087 | | | | | | | 577 |
| ACCOUNT NO.  10663946 <br><br> Armor Systems Corporation <br> Retail Recover Service of NJ, Inc. <br> 190 Moore Street, Suite 300 <br> Hackensack, NJ 07601 | | | | | | | Notice Only |
| ACCOUNT NO.  0303449179001 <br><br> AT&T <br> POB 8212 <br> Aurora, IL 60572-8212 | | | | | | | 586 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30338

_____10_____ continuation sheets attached

Subtotal    $    8,125
(Total of this page)

Total    $
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,    Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3206502<br><br>AT&T/American Recover Service Inc<br>POB 1025<br>Thousand Oaks, CA 91358 | | | | | | | Notice Only |
| ACCOUNT NO.  0303449179001<br><br>AT&T/Collections Bureau of America<br>POB 5013<br>Hayward, CA 94540-5013 | | | | | | | Notice Only |
| ACCOUNT NO.  3401076<br><br>BMW Financial Services<br>Account Solutions Group, LLC<br>POB 628<br>Buffalo, NY 14240-0628 | | | | | | | 22,315 |
| ACCOUNT NO.  12485041020400275<br><br>Bronson and Migiliaccio, LLP<br>2361 Wehrie Drive<br>Williamsville, NY 14221 | | | | | | | 23,766 |
| ACCOUNT NO.  12485041020400573<br><br>Cambece Law Office, PC<br>8 Bourbon Street<br>Peabody, MA 01960 | | | | | | | 34,000 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.7.0-607  -  30338

Sheet no. _1_ of _10_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ▸ | $ | 80,081 |
|---|---|---|---|
|  | (Total of this page) | | |
|  | Total ▸ | $ | |

(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____ ,    Case No. _____

                        **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One Services<br>POB 85015<br>Richmond, VA 23285-5015 | | | | | | | 8,191 |
| ACCOUNT NO.  0001039674<br><br>Capital One Services<br>Riddle and Associates, PC<br>POB 1187<br>Sandy, UT 84091-1187 | | | | | | | Notice Only |
| ACCOUNT NO.  031641901<br><br>Carmen V Porreca<br>Suite 303<br>4901 Olde Towne Parkway<br>Marietta, GA 30068-4353 | | | | | | | 2,368 |
| ACCOUNT NO.  51759101<br><br>Cendant Mortgage<br>c/o McCalla, Raymer, Padrick<br>1544 Old Alabama Rd<br>Roswell, GA 30076 | | | | | | | Notice Only |
| ACCOUNT NO.  7073976115<br><br>Cendant Mortgage<br>POB 5459<br>Mt Laurel, NJ 08054-5459 | | | | | | | 606,975 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607  -  30338

Sheet no. __2__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 617,534
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,    Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  07009652515 | | | | | | | |
| Charter Communications Credit Collection Services Two Wells Avenue Newton, MA 02459 | | | | | | | 263 |
| ACCOUNT NO. | | | Consideration: Judgment | | | | |
| Cory Snyder c/o Swift Currie 1355 Peachtree St NE #300 Atlanta GA 30309 | | | | | | | Unknown |
| ACCOUNT NO.  0027887434 | | | | | | | |
| Direct TV Nationwide Credit, Inc 2015 Vaughn Rd NW, Suite 400 Kennesaw, GA 30144-7802 | | | | | | | 258 |
| ACCOUNT NO.  0027887434 | | | | | | | |
| Direct TV POB 70014 Boise, ID 83707-0114 | | | | | | | 258 |
| ACCOUNT NO.  31291869 | | | | | | | |
| Ford Motor Credit c/o Bridgers, Peters, Kleber 120 N Candler St Decatur GA 30030 | | | | | | | 12,557 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Sheet no. __3__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $            13,336
(Total of this page)
Total ▶  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,    Case No. _____
               **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  711961<br><br>Georgia Natural Gas<br>POB 723908<br>Atlanta, GA 31139-0908 | | | | | | | 232 |
| ACCOUNT NO.  770661782749<br><br>Georgia Natural Gas<br>Risk Management Alternatives, Inc.<br>7775 Baymeadows Way, Suite 302<br>Jacksonville, FL 32256 | | | | | | | Notice Only |
| ACCOUNT NO.  6403451076<br><br>Georgia Power<br>Notte & Kreyling, PC<br>11770 Haynes Bridge Rd 205-104<br>Alpharetta, GA 30004 | | | | | | | Notice Only |
| ACCOUNT NO.  6403451076<br><br>Georgia Power<br>POB 105537<br>Atlanta, GA 30348 | | | | | | | 531 |
| ACCOUNT NO.<br><br>Global Crossing<br>200 Galleria Office, Suite 402<br>South Field, MI 48034 | | | | | | | 100 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607  -  30338

Sheet no. __4__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 863
(Total of this page)
Total ▶ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,   Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gwinnett County Public Utilities <br> 684 Winder Highway <br> Lawrenceville, GA 30045 | | | | | | | 100 |
| ACCOUNT NO. R64034-0372 <br><br> Gwinnett County Tax Commissioner <br> Property Tax Division <br> POB 372 <br> Lawrenceville, GA 30046-0372 | | | | | | | 7,756 |
| ACCOUNT NO. 12680829 <br><br> Gwinnett Hospital <br> POB 1190 <br> Lawrenceville, GA 30046 | | | 12680829, 12770081, 13192814 | | | | 2,600 |
| ACCOUNT NO. 5488975009696363 <br><br> Household Credit Services <br> POB 4155 <br> Carol Stream, IL 60197-4155 | | | | | | | 1,280 |
| ACCOUNT NO. 12770081 <br><br> HSI Financial Services, LLC <br> POB 723537 <br> Atlanta, GA 31139 | | | | | | | Notice Only |

Sheet no. __5__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $      11,736
(Total of this page)
Total ▶ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,    Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5666911<br><br>MBNA<br>Asset Acceptance LLC<br>POB 2036<br>Warren, MI 48090-2036 | | | | | | | Notice Only |
| ACCOUNT NO. 4264298999416947<br><br>MBNA America<br>POB 15026<br>Wilmington, DE 19850-5026 | | | 4264298999416947, 549099210532, 5490997999221115 | | | | 84,000 |
| ACCOUNT NO. 5002182741786<br><br>Mercedes Credit<br>AMO Recoveries<br>7001 Peachtree Ind Blvd Suite 300<br>Norcross, GA 30092 | | | | | | | Notice Only |
| ACCOUNT NO. 14939910<br><br>Mercedes Credit<br>POB 685<br>Roanoke, TX 76262 | | | | | | | 51,800 |
| ACCOUNT NO. 3158759<br><br>MRS Associates, Inc.<br>3 Executive Campus, Suite 400<br>Cherry Hill, NJ 08002 | | | | | | | 53,818 |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30338

Sheet no. __6__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $      189,618
(Total of this page)
Total ▶ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,     Case No. _____
                              **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1183511 <br><br> National Financial Group <br> 6110 Executive Blvd, Suite 305 <br> Rockville, MD 20852 | | | | | | | 662 |
| ACCOUNT NO.  1183511 <br><br> National Financial Group <br> 6110 Executive Blvd., Suite 205 <br> Rockville, MD 20852 | | | | | | | 662 |
| ACCOUNT NO.  043044084200 <br><br> Neiman Marcus <br> 1201 Elm Street, 27th Floor <br> Dallas, TX 75270 | | | | | | | 637 |
| ACCOUNT NO.  043044084200 <br><br> Neiman Marcus <br> POB 620016 <br> Dallas, TX 75262-0016 | | | | | | | 637 |
| ACCOUNT NO.  126491998 <br><br> North Metro Radiology <br> 1605 Lakes Parkway <br> Lawrenceville, GA 30043 | | | | | | | 184 |

Sheet no. __7__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $      2,782
(Total of this page)
Total ▶   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-607  -  30338

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,    Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 113192814 <br><br> North Metro Radiology <br> Allied Collection and Credit Bureau, Inc <br> POB 1723 <br> Tucker, GA 30085 | | | | | | | Notice Only |
| ACCOUNT NO. 5407150 <br><br> OSI Collection Services, Inc <br> POB 6110 <br> Westerville, OH 43086-6110 | | | | | | | 45 |
| ACCOUNT NO. 27887434 <br><br> Riddle and Associates, PC <br> POB 1187 <br> Sandy, UT 84091-1187 | | | | | | | 356 |
| ACCOUNT NO. <br><br> Roberts Property Management <br> 2650 Old Norcross Rd <br> Plantation Trace Apt #113 <br> Lawrenceville, GA 30044 | | | | | | | 6,069 |
| ACCOUNT NO. 774427 <br><br> Roberts Property Management <br> National Credit Systems, Inc <br> POB 312125 <br> Atlanta, GA 31131-2125 | | | | | | | Notice Only |

Sheet no. __8__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $                6,470
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30338

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,    Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  10663946 <br><br> Saks Fifth Avenue <br> POB 10327 <br> Jackson, MS 39289-0327 | | | | | | | 550 |
| ACCOUNT NO. <br><br> Sunshine Pool <br> 1111 SE Hillside Ave <br> Smyrna, GA | | | | | | | 2,000 |
| ACCOUNT NO.  341217 <br><br> Targusinfo <br> Credit Clearing House, Inc. <br> 200 Business Park Dr <br> Armonk, NY 10204-1712 | | | | | | | 36,870 |
| ACCOUNT NO. <br><br> Thomas O'Connor <br> c/o Gary M Nadler <br> 1518 Monroe Dr <br> Atlanta GA 30324 | | | | X | X | X | 144,000 |
| ACCOUNT NO. <br><br> United States Attorney <br> 75 Spring St SW, #1800 <br> Atlanta GA 30303 | | | | | | | Notice Only |

Sheet no. __9__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $                 183,420
(Total of this page)
Total ▶ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338

Form B6F - Cont.
(12/03)

John Letcher Edens

In re _____,     Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>United States Attorney General<br>Main Justice Building<br>10th & Constitutional Ave<br>Washington DC 20530 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>United States of America<br>c/o IRS<br>POB 995, #1640<br>Atlanta GA 30370 | | | Consideration: 93-98 income tax | | | | 1,200,000 |
| ACCOUNT NO.<br><br>Wilshire Credit<br>POB 650314<br>Dallas, TX 75265-0314 | | | | | | | 70,000 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __10__ of __10__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ▶ (Total of this page) | $ 1,270,000 |
| Total ▶ (Use only on last page of the completed Schedule F.) | $ 2,383,965 |

(Report total also on Summary of Schedules)

*Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338*

FORM B6G
(10/89)

John Letcher Edens

In re _____    Case No. _____
                       Debtor                                                                  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-607 - 30338

FORM B6H
(6/90)

John Letcher Edens

In re _____    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc.- ver. 3.7.0-607 - 30538

Form B6I
12/03

John Letcher Edens

In re_____ ,                    Case No._____
　　　　　　Debtor                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status:<br><br>Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br><br>No dependents | AGE |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | advertising and marketing | |
| Name of Employer | unemployed | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ _____ 0 | $ _____ 0 |
| Estimated monthly overtime | $ _____ 0 | $ _____ 0 |
| SUBTOTAL | $ _____ 0 | $ _____ 0 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ _____ 0 | $ _____ 0 |
| b. Insurance | $ _____ 0 | $ _____ 0 |
| c. Union Dues | $ _____ 0 | $ _____ 0 |
| d. Other (Specify:_____ ) | $ _____ 0 | $ _____ 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ _____ 0 | $ _____ 0 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ _____ 0 | $ _____ 0 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ 0 | $ _____ 0 |
| Income from real property | $ _____ 0 | $ _____ 0 |
| Interest and dividends | $ _____ 0 | $ _____ 0 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _____ 0 | $ _____ 0 |
| Social security or other government assistance (Specify) _____ | $ _____ 0 | $ _____ 0 |
| Pension or retirement income | $ _____ 0 | $ _____ 0 |
| Other monthly income (Specify) _____<br>_____ | $ _____ 0 | $ _____ 0 |
| | $ _____ 0 | $ _____ 0 |
| TOTAL MONTHLY INCOME | $ _____ 0 | $ _____ 0 |

TOTAL COMBINED MONTHLY INCOME          $ _____ 0                    (Report also on Summary  of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 © 1991-2004, New Hope Software, Inc.- ver. 3.7.0-607  - 30538

FORM B6J
(6/90)

John Letcher Edens

In re _____ ,    Case No. _____
     Debtor                     (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

  Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 750 |
| Are real estate taxes included?  Yes _____ No ✓ | | |
| Is property insurance included?  Yes _____ No ✓ | | |
| Utilities  Electricity and heating fuel | $ | 200 |
|     Water and sewer | $ | 0 |
|     Telephone | $ | 0 |
|     Other _____ | $ | 0 |
| Home maintenance (Repairs and upkeep) | $ | 0 |
| Food | $ | 300 |
| Clothing | $ | 100 |
| Laundry and dry cleaning | $ | 0 |
| Medical and dental expenses | $ | 150 |
| Transportation (not including car payments) | $ | 0 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0 |
| Charitable contributions | $ | 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0 |
|     Life | $ | 70 |
|     Health | $ | 150 |
|     Auto | $ | 0 |
|     Other _____ | $ | 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 0 |
|     Other _____ | $ | 0 |
|     Other _____ | $ | 0 |
| Alimony, maintenance, and support paid to others | $ | 0 |
| Payments for support of additional dependents not living at your home | $ | 750 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 |
| Other _____ | $ | 0 |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**  | $ | 2,470 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)  $   2,470

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each  _____N.A._____ | $ | N.A. |
|                (interval) | | |

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30538

Form B8 (Official Form 8)
(12/03)

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

### UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia

In re    John Letcher Edens                                    ,        Case No. _____

                    Debtor

                                                        Chapter        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a.  Property to Be Surrendered.*

    **Description of Property**                  **Creditor's name**

NONE

    *b.  Property to Be Retained.*                *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date:    6/19/04                                    /s/ John Letcher Edens

                                        Signature of Debtor        JOHN LETCHER EDENS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____        _____
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607  -  30538

B203
12/94

# United States Bankruptcy Court
## Northern District of Georgia

In re    John Letcher Edens

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………….......... $ _____1,000_____

Prior to the filing of this statement I have received ........……………...................... $ _____1,000_____

Balance Due ...............................……………………………….................... $ _____0_____

2.    The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

Allen Broxton will be paid a fee of $75 for attending the meeting of creditors. Mr. Broxton will be paid from the general account of this firm and not from the funds of the debtor.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in adversary and contested matters.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____6/19/04_____
Date

_____/s/ Steven R Jacob_____
Signature of Attorney

Steven R Jacob, P.A.
Name of law firm

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Georgia

John Letcher Edens

In re _____     Case No. _____
          Debtor                                                                                   (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A  - Real Property | YES | 1 | $          0 | | |
| B  - Personal Property | YES | 3 | $      1,250 | | |
| C  - Property Claimed As Exempt | YES | 1 | | | |
| D  - Creditors Holding Secured Claims | YES | 1 | | $          0 | |
| E  - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          0 | |
| F  - Creditors Holding Unsecured Nonpriority Claims | YES | 11 | | $   2,383,965 | |
| G  - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  - Codebtors | YES | 1 | | | |
| I  - Current Income of Individual Debtor(s) | YES | 1 | | | $          0 |
| J  - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $      2,470 |
| Total Number of Sheets in ALL Schedules ▶ | | 22 | | | |
| Total Assets ▶ | | | 1,250 | | |
| Total Liabilities ▶ | | | | 2,383,965 | |

AMOUNTS SCHEDULED

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30538

Official Form 6-Cont.
(12/03)

In re John Letcher Edens                    ,        Case No. _____

                    Debtor                                           (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23____
sheets and that they are true and correct to the best of my knowledge, information and belief.    (Total shown on summary page plus 1)

Date  6/19/04 _____    Signature  /s/ John Letcher Edens _____
                                                           Debtor

Date  _____    Signature  Not Applicable _____
                                              (Joint Debtor, if any)

                                        [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.
                                                            (Required by 11 U.S.C. § 110(c).)

_____
_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 © 1991-2004, New Hope Software, Inc. - ver. 3.7.0-607 - 30338